NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SPRINT COMMUNICATIONS COMPANY, L.P.,**
*Plaintiff-Appellee*

**v.**

**TIME WARNER CABLE, INC., TIME WARNER CABLE, LLC, TIME WARNER ENTERTAINMENT COMPANY, L.P., TIME WARNER ENTERTAINMENT-ADVANCE/NEWHOUSE PARTNERSHIP, TWC COMMUNICATIONS, LLC, TIME WARNER CABLE INFORMATION SERVICES (KANSAS), LLC,**
*Defendants-Appellants*

---

2017-2247

---

Appeal from the United States District Court for the District of Kansas in No. 2:11-cv-02686-JWL, Judge John W. Lungstrum.

---

**ON PETITION FOR PANEL REHEARING**

---

Before CHEN, MAYER, and BRYSON, *Circuit Judges.*

PER CURIAM.

**O R D E R**

Appellants Time Warner Cable Information Services (Kansas), LLC, Time Warner Cable, Inc., Time Warner Cable, LLC, Time Warner Entertainment Company, L.P., Time Warner Entertainment-Advance/Newhouse Partnership and TWC Communications, LLC filed a petition for rehearing en banc.  A response to the petition was invited by the court and filed by Appellee Sprint Communications Company, L.P.  The petition was first referred to the panel.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The petition for panel rehearing is denied except as described in paragraph (2) below.

(2) The previous nonprecedential opinion and judgment in this appeal, issued November 30, 2018, are withdrawn and replaced with the modified nonprecedential opinion and judgment accompanying this order.

FOR THE COURT

March 18, 2019                    /s/ Peter R. Marksteiner
       Date                          Peter R. Marksteiner
                                     Clerk of Court

.